**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLA JOHNSON, as Successor-in-Interest to and as Wrongful Death Heir of RICHARD JOHNSON, Deceased; and DEVIN JOHNSON, TIFFANEY JOHNSON, as Wrongful Death Heirs of RICHARD JOHNSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIA-PACIFIC LLC (FKA GEORGIA-PACIFIC CORPORATION), et al.,<br><br>Defendants. | No. 3:16-cv-01203-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSOCIATED INSULATION OF CALIFORNIA** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASSOCIATED INSULATION OF CALIFORNIA are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 25, 2016     By: _____
                          Edward M. C[hen]
                          United States [District Judge]

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSOCIATED INSULATION OF CALIFORNIA